AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
MAR 10 2016
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Storage Unit #212 at Cheat Lake Storage Facility, 858 Tyrone Road, Morgantown, WV

Case No. 1:16 MJ 35

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Storage Unit #212 at Cheat Lake Storage Facility, 858 Tyrone Road, Morgantown, WV

located in the Northern District of West Virginia, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to Distribute Oxycodone |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

TFO Danny Holmes
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/10/16

*Judge's signature*

City and state: Wheeling, WV

James E. Seibert, Magistrate Judge
*Printed name and title*